```
McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F. NO. 99-5103 OWW |
| ) | |
| Plaintiff, ) | GOVERNMENT REQUEST AND |
| ) | ORDER |
| v. ) | |
| ) | |
| Dolores Pacheco et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

With the recent sentencing of defendant Fernando Sanchez Madueno, the instant case has been resolved as to all defendants. The government is requesting permission to destroy firearms which were seized pursuant to search warrants issued this case.

The defendants can not legally possess firearms and no one has requested their return. Investigators have checked the registration information for these weapons and other law enforcement databases and no one has reported these weapons as stolen. The government is not aware of anyone with a legitimate ownership interest in these weapons. Consequently, permission is

1

sought to destroy the following firearms seized in the investigation underlying the instant case, FBI case number 24C-SC-30685, Evidence (Exhibit) Numbers:

```
1B2  Bryco Arms Model 'Jennings Nine' 9mm
1B6  22 caliber Llama pistol
1B25 Browning 9mm semiautomatic handgun
1B32 Beretta
1B32 Winchester 22 caliber
1B32 AR 15
1B35 38 caliber Colt handgun
1B35 45 caliber Colt handgun
1B45 Bryco Arms Model '59' 9mm
1B52 Jennings 25 caliber semiautomatic handgun
```

DATED: June 14, 2006                McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kevin Rooney
                                    By_____
                                       KEVIN P. ROONEY
                                    Assistant U.S. Attorney




IT IS SO ORDERED, the government may destroy the firearms listed above.

IT IS SO ORDERED.

**Dated:  June 16, 2006**              **/s/ Oliver W. Wanger**
emm0d6                          UNITED STATES DISTRICT JUDGE

2